# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CR-04088-BCW-1 |
| | ) | |
| ANTHONY MARTINEZ HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Pending before the Court is Defendant Anthony Martinez Harris' Motion to Suppress Statements. (Doc. 26).

On March 23, 2020, attorney Jeffrey Kays filed the pending motion on Defendant's behalf. However, the Court granted Defendant's request for new counsel on May 5, 2020, and relieved Mr. Kays. (Doc. 53). Attorney Scott Hamblin was appointed, but due to a conflict of interest, Mr. Hamblin withdrew on May 13, 2020. (Docs. 53, 59). Subsequently, on May 14, 2020, attorney Benjamin Faber accepted an appointment to represent Defendant. (Doc. 60). Having only received discovery on June 2, 2020, Mr. Faber moved to terminate the suppression hearing set for June 30, 2020. (Doc. 63). During a status conference on June 5, 2020, Mr. Faber informed the Court he required time to review discovery and consider how to properly proceed with the pending motion. At that time, Mr. Faber also indicated a preference that the Court deny the motion to suppress without prejudice, to which Defendant agreed.

Accordingly, IT IS THEREFORE RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order DENYING WITHOUT PREJUDICE Defendant Anthony Martinez Harris' Motion to Suppress Statements. (Doc. 26).

Counsel are reminded that each party has fourteen (14) days from the date of receipt of a copy of this Report and Recommendation within which to file and serve objections. A failure to file and serve objections by this date shall bar an attack on appeal of the factual findings in the

Report and Recommendation which are accepted or adopted by the district judge, except on the grounds of plain error or manifest injustice.

Dated this 5th day of June, 2020, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
United States Magistrate Judge