IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CR-04088-01-BCW |
| ) | |
| ANTHONY MARTINEZ HARRIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Epps' Report and Recommendation (Doc. #168) denying Defendant Anthony Martinez Harris's Motion to Dismiss Indictment and Motion to Revoke Detention (Doc. #155), and overruling Defendant's objections to the Report and Recommendation on his Motion to Suppress (Doc. #159). Defendant did not file any objections to the instant Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Epps' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #168), Defendant's Motion to Dismiss Indictment (Doc. #155) is DENIED, Defendant's Motion to Revoke Detention (Doc. #155) is DENIED, and Defendant's objections to the Report and Recommendation pertaining to Defendant's Motion to Suppress (Doc. #159) is DENIED AS MOOT. It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: April 9, 2021                                /s/ Brian C. Wimes
                                                    JUDGE BRIAN C. WIMES
                                                    UNITED STATES DISTRICT COURT