IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CR-04088-01-BCW |
| ) | |
| ANTHONY MARTINEZ HARRIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Magistrate Judge Epps' Report and Recommendation (Doc. #180) denying Defendant Anthony Martinez Harris's motion for compulsory counterclaim (Doc. #171) and motion for challenges of confinement (Doc. #176), which the Court construed as (1) motion for ineffective assistance of counsel, (2) motion to suppress evidence, and (3) motion for a Franks hearing. Defendant did not file any objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Epps' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #180), Defendant's motions for ineffective assistance of counsel and for a Franks hearing are DENIED, and Defendant's motion to suppress evidence is DENIED AS MOOT (Docs. # 171, #176). It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: April 9, 2021         /s/ Brian C. Wimes
                             JUDGE BRIAN C. WIMES
                             UNITED STATES DISTRICT COURT