**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CR-4088-BCW-01 |
| | ) | |
| ANTHONY MARTINEZ HARRIS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>REPORT AND RECOMMENDATION</u>**

Pending before the Court are Defendant Anthony Martinez Harris's "Motion Pro Se For Pretrial Detainee's Rights Under the Due Process Clause," "Motion Pro Se For Federal Constitution 4th Amendment Right's," "Motion Pro Se For Violation of Speedy Trial Act and Federal Statute Law," and "Motion Pro Se For Immediate Dismissal of Indictment Due to Medical Denial." (Doc. 190). This Court construes the motions as an omnibus motion to dismiss indictment. Mr. Harris contends his indictment should be dismissed due to his alleged delayed appearance before a magistrate judge, the absence of a probable cause hearing or preliminary hearing, an illegal search, and "medical denial." The Court previously considered these very issues in the undersigned's Report and Recommendation (Doc. 168) denying Mr. Harris's Motion to Dismiss Indictment and Motion to Revoke Detention (Doc. 155), and overruling Mr. Harris's objections to the Report and Recommendation on his Motion to Suppress (Doc. 159). Mr. Harris did not file any objections to that Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopted the undersigned's findings of fact and conclusions of law. (Doc. 191). Accordingly, it is hereby

RECOMMENDED that the Court for the reasons stated in the Report and Recommendation (Doc. 168), after making an independent review of the record and applicable law, enter an order DENYING Defendant Harris's omnibus motion to dismiss indictment (Doc. 190).

Counsel and Mr. Harris are reminded that each party has fourteen (14) days from the date of receipt of a copy of this Report and Recommendation within which to file and serve objections. A failure to file and serve objections by this date shall bar an attack on appeal of the factual findings in the Report and Recommendation which are accepted or adopted by the district judge, except on the grounds of plain error or manifest injustice.

Dated this 9th day of April, 2021, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
United States Magistrate Judge