IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CR-04088-01-BCW |
| ) | |
| ANTHONY MARTINEZ HARRIS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Magistrate Judge Epps' Report and Recommendation (Doc. #194) denying Defendant Anthony Martinez Harris's motion regarding his rights under the Due Process Clause, 4th Amendment, and Speedy Trial Act and seeking dismissal of his indictment due to denial of medical care, which the Court construes as an omnibus motion to dismiss indictment (Doc. #190). Defendant did not file any objection to the Report and Recommendation. Consistent with Magistrate Judge Epps' Report and Recommendation, this Court finds the issues raised by Defendant have previously been considered by the Court. See Docs. #168, #191. Accordingly, after an independent review of the record and the law, the Court adopts Magistrate Judge Epps' findings. It is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #194), Defendant's motion construed as an omnibus motion to dismiss indictment (Doc. #190) is DENIED. It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: July 13, 2021 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT