IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CR-04088-01-BCW |
| | ) | |
| ANTHONY MARTINEZ HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Epps' Report and Recommendation (Doc. #202) recommending denial of Defendant Anthony Martinez Harris's motions seeking the suppression of evidence and statements and seeking dismissal of the indictment due to alleged violation of the Speedy Trial Act (Docs. #196, 197). Defendant did not file any objections to the Report and Recommendation. After an independent review of the record and the applicable law, the Court adopts Magistrate Judge Epps' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #202), Defendant's motions seeking the suppression of evidence and statements and seeking dismissal of the indictment due to alleged violation of the Speedy Trial Act (Docs. #196, #197) are DENIED. It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: <u>July 13, 2021</u>　　　　　　　　　　/s/ Brian C. Wimes　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT