IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CR-04088-BCW |
| ) | |
| ANTHONY MARTINEZ HARRIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Epps' Report and Recommendation (Doc. #243) recommending the Court find Defendant Anthony Martinez Harris competent to stand trial based on the forensic evaluation report by Dr. Michael Coffman, Psy.D. finding that Defendant "is not presently experiencing symptoms of a mental disease or defect which interfere with his trial competency." Coffman Report at 9. A competency hearing was held before Judge Epps on August 24, 2021.

Defendant filed objections (Doc. #255) to the Report and Recommendation, asserting the competency evaluation was a delay tactic used by the Government and that the evaluation report was backdated to avoid violation of the Speedy Trial Act. However, Defendant does not make any objections as to the finding in the Report and Recommendation (Doc. #243) that Defendant should be found competent to proceed with trial.

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Epps' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #243), the Court finds Defendant Anthony Martinez Harris competent to stand trial and to assist in his own defense. It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: September 15, 2021 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT