# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CR-04088-BCW |
| ) | |
| ANTHONY MARTINEZ HARRIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Epps' Report and Recommendation (Doc. #239) denying the following motions filed by Defendant Anthony Martinez Harris: Motion for Dismissal of Indictment (Doc. #233); Request for Memorandum Decision (Doc. #234); Motion Challenging Confinement (Doc. #235); Motion Serving Objection to Doc. #232, construed as a Motion to Dismiss Based on Speedy Trial Act Violation (Doc. #236); and Motion for Objection to Report and Recommendation (Doc. #238). Defendant did not file objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Epps' findings of fact and conclusions of law as to all motions except Defendant's Motion to Dismiss Based on Speedy Trial Act Violation (Doc. #236), which the Court will take up at trial. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #239), Defendant's Motion for Dismissal of Indictment (Doc. #233) is DENIED. It is further

ORDERED for the reasons stated in the Report and Recommendation (Doc. #239), Defendant's Request for Memorandum Decision (Doc. #234) is DENIED. It is further

ORDERED for the reasons stated in the Report and Recommendation (Doc. #239), Defendant's Motion Challenging Confinement (Doc. #235) is DENIED. It is further

ORDERED for the reasons stated in the Report and Recommendation (Doc. #239), Defendant's Motion for Objection to Report and Recommendation (Doc. #238) is DENIED. It is further

ORDERED that Magistrate Judge Epps' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.


DATED: September 16, 2021 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT